

# NUMBER 13-20-00018-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THOMAS S. RHEMAN,                                                          Appellant,

v.

DEBORAH RHEMAN,                                                          Appellee.

## On appeal from the 103rd District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION
### Before Justices Benavides, Perkes, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant, Thomas Rheman, filed an appeal from a final decree of divorce. On February 11, 2020, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on February 12, 2020, and that the deputy district clerk, Nereyda Arredondo, notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so

that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notices. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

GINA M. BENAVIDES,
Justice

Delivered and filed the
9th day of April, 2020.